UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Babystacks Cafe, LLC, *et al.*,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Uber Technologies, Inc, *et al.*,<br><br>    Defendant(s). | 2:24-cv-01098-RFB-MDC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION** |

The Court GRANTS in part and DENIES in part the parties' *Stipulation to Stay Case* (ECF No. 24). The Court denies the parties' request to stay all proceedings, since that would include the Motion to Remand determination and any hearing that may be set. The Court grants in part the parties' request to stay discovery and the pre-trial obligations imposed by LR 26-1 pending the resolution of the Motion to Remand (ECF No. 15). If the Court denies the Motion to Remand, the parties shall file a stipulated discovery plan and scheduling order per LR 26-1 within 15 days of entry of such court order denying the motion to remand.

ACCORDINGLY,

**IT IS ORDERED that** the *Stipulation to Stay Case* (ECF No. 24) is GRANTED in part and DENIED in part.

DATED this 7th day of August 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge