KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
MAXIMILIEN D. FETAZ, ESQ., Nevada Bar No. 12737
mfetaz@bhfs.com
CHELSEE C. JENSEN, ESQ., Nevada Bar No. 14549
cjensen@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:    702.382.2101
Facsimile:     702.382.8135

KATE SPELMAN (*pro hac vice*)
JENNER & BLOCK LLP
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone:    (213) 239 2246
Facsimile:     (213) 239-5199

RÉMI JAFFRÉ (*pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Telephone:    (212) 303-2536
Facsimile:     (212) 891-1699

*Attorneys for Defendants Uber Technologies, Inc.;
Rasier, LLC; and Berchmann Melancon*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BABYSTACKS CAFÉ, LLC, a Domestic Limited Liability Company; REBEL KITCHEN INC. dba MANIZZA'S PIZZA, a Foreign Limited Liability Company; TIMELESS CUISINE, LLC dba ESTHER'S KITCHEN, a Domestic Limited Liability Company; GAETANO'S HOSPITALITY GROUP, LLC dba GAETANO'S RISTORANTE, a Domestic Limited Liability Company; MUNCH-A-SUB LLC, a Domestic Limited Liability Company, and on behalf of the Class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Foreign Corporation; RASIER, LLC, a Foreign Limited Liability Company; BERCHMANN MELANCON, an individual; NICK "DOE", an | CASE NO. 2:24-cv-01098-RFB-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

34104324

individual; KARINA "DOE", an individual; DOE CEO, I through X; DOE SALES REPRESENTATIVE, I through X; DOE MANAGER, I through X; DOE DRIVER, I through X; DOE EMPLOYEE, I through X; DOES I through X; ROE CORPORATIONS, XI through XX; and ROE ENTITIES, XI through XX, inclusive,

Defendants.

Defendants Uber Technologies, Inc., Rasier, LLC and Berchmann Melancon (hereinafter "**Defendants**"), by and through their counsel of record of the law firm Brownstein Hyatt Farber Schreck, LLP, and the law firm Jenner & Block LLP; and Plaintiffs Babystacks Café, LLC, Rebel Kitchen Inc. dba Manizza's Pizza, Timeless Cuisine, LLC dba Esther's Kitchen, Gaetano's Hospitality Group, LLC dba Gaetano's Ristorante, and Munch-A-Sub LLC (hereinafter "**Plaintiffs**"), by and through their counsel of record of the law firm Bighorn Law, hereby stipulate, contingent on this Court's approval, as follows:

1. On June 20, 2025, Plaintiffs filed their Second Amended Complaint. ECF 40.

2. The current date for Defendants to respond to the Second Amended Complaint is July 7, 2025.

2. Pursuant to LR IA 6-1(a), the Parties stipulate and agree that Defendants shall have an additional 14 days, up to and including July 21, 2025, to respond to the Second Amended Complaint.

3. There is a strong public policy in the Ninth Circuit of deciding cases on the merits, rather than technicalities. *See U.S. v. Signed Personal Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1091 (9th Cir. 2010).

- 2 -

34104324

4. This is the Parties' first request for an extension of time to respond to the Second Amended Complaint.

DATED this 30th day of June, 2025.

**BIGHORN LAW**

By: */s/ Kimball Jones*
KIMBALL JONES, ESQ.
EMILY GRABLE, ESQ.
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, NV 89032
Email: kimball@bighornlaw.com

*Attorneys for Plaintiffs*

DATED this 30th day of June, 2025.

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

By: */s/ Maximilien D. Fetaz*
KIRK B. LENHARD, ESQ.
MAXIMILIEN D. FETAZ, ESQ.
CHELSEE C. JENSEN, ESQ.

**JENNER & BLOCK LLP**
KATE SPELMAN, ESQ. (*pro hac vice*)
RÉMI JAFFRÉ, ESQ. (*pro hac vice*)

*Attorneys for Defendants Uber Technologies, Inc.; Rasier, LLC; and Berchmann Melancon*

**IT IS SO ORDERED.**

_____
United States District Court Judge /
United States Magistrate Judge

Dated: 7-1-25
Case No. 2:24-cv-01098-RFB-MDC

- 3 -

34104324