KIMBALL JONES, ESQ.
Nevada Bar No.: 12982
**BIGHORN LAW**
3675 W. Cheyenne Ave., Suite 100
North Las Vegas, Nevada 89032
Phone: (702) 333-1111
Email: kimball@bighornlaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BABYSTACKS CAFÉ, LLC, a Domestic Limited Liability Company; REBEL KITCHEN INC. dba MANIZZA'S PIZZA, a Foreign Limited Liability Company; TIMELESS CUISINE, LLC dba ESTHER'S KITCHEN, a Domestic Limited Liability Company; GAETANO'S HOSPITALITY GROUP, LLC dba GAETANO'S RISTORANTE, a Domestic Limited Liability Company; MUNCH-A-SUB LLC, a Domestic Limited Liability Company, and on behalf of the Class of similarly situated individuals,<br><br>            Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Foreign Corporation; RASIER, LLC, a Foreign Limited Liability Company; BERCHMANN MELANCON, an individual; NICK "DOE", an individual; KARINA "DOE", an individual; DOE CEO, I through X; DOE SALES REPRESENTATIVE, I through X; DOE MANAGER, I through X; DOE DRIVER, I through X; DOE EMPLOYEE, I through X; DOES I through X; ROE CORPORATIONS, XI through XX; and ROE ENTITIES, XI through XX, inclusive,<br><br>            Defendants. | CASE NO.:  2:24-cv-01098-JCM-MDC<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiffs, BABYSTACKS CAFÉ, LLC,

a Domestic Limited Liability Company; REBEL KITCHEN INC. dba MANIZZA'S PIZZA, a

Foreign Limited Liability Company; TIMELESS CUISINE, LLC dba ESTHER'S KITCHEN, a Domestic Limited Liability Company; GAETANO'S HOSPITALITY GROUP, LLC dba GAETANO'S RISTORANTE, a Domestic Limited Liability Company; MUNCH-A-SUB LLC, a Domestic Limited Liability Company, (hereinafter "Plaintiffs"), by and through their counsel of record, KIMBALL JONES, ESQ. of BIGHORN LAW, and Defendants, UBER TECHNOLOGIES, INC., a Foreign Corporation; RASIER, LLC, a Foreign Limited Liability Company; BERCHMANN MELANCON, an individual, (hereinafter "Defendants"), by and through their counsel of record, Kirk B. Lenhard, Esq., Maximilien D. Fetaz, Esq., and Chelsee C. Jensen, Esq., of the law firm Brownstein Hyatt Farber Schreck, LLP, and Kate Spelman, Esq., and Rémi Jaffré, Esq., of the law firm Jenner & Block LLP, that all claims against DEFENDANTS, arising out of Case No. 2:24-cv-01098-JCM-MDC, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

DATED: December 12, 2025.

| BIGHORN LAW | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
|---|---|
| By: */s/ Kimball Jones* <br> KIMBALL JONES, ESQ. <br> 3675 W. Cheyenne Ave., Suite 100 <br> North Las Vegas, NV 89032 <br> Email: kimball@bighornlaw.com | By: */s/ Remi Jaffre* <br> KIRK B. LENHARD, ESQ. <br> MAXIMILIEN D. FETAZ, ESQ. <br> CHELSEE C. JENSEN, ESQ. |
| *Attorneys for Plaintiffs* | JENNER & BLOCK LLP <br> KATE SPELMAN, ESQ. <br> (*pro hac vice*) <br> RÉMI JAFFRÉ, ESQ. <br> (*pro hac vice*) |
|  | *Attorneys for Defendants Uber Technologies, Inc.; Rasier, LLC; and Berchmann Melancon* |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** the Parties' Stipulation for Dismissal (ECF No. 52) is **GRANTED**. This case is **DISMISSED** with prejudice, with each party bearing their own attorney's fees and costs. The Clerk of Court is kindly instructed to close this case.

**DATED**: December 13, 2025.



**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

BIGHORN LAW

Page 3 of 3

Bighorn Law Mail - [External] RE: Babystacks, et al. v. Uber, et al. - 2:24-cv-01098-JCM-MDC



**Amy Cvetovich <amy@bighornlaw.com>**

---

## [External] RE: Babystacks, et al. v. Uber, et al. - 2:24-cv-01098-JCM-MDC
1 message

---

Jaffre, Remi J.D. <RJaffre@jenner.com>                                              Fri, Dec 12, 2025 at 9:32 AM
To: Amy Cvetovich <amy@bighornlaw.com>
Cc: "Kimball Jones, Esq." <kimball@bighornlaw.com>, "Spelman, Kate T." <KSpelman@jenner.com>

Thanks, Amy.  This looks good, except it is missing "IT IS SO ORDERED" and a place for the judge to sign after the stipulation language.  Once you add that, you have our go-ahead to get this on file.


Best,


Rémi


---

**Rémi J.D. Jaffré**

**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036-2711  |  jenner.com
+1 212 303 2536  |  Tel
+1 312 859 1921  |  Mobile
Pronouns : He / Him
RJaffre@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system

**From:** Amy Cvetovich <amy@bighornlaw.com>
**Sent:** Wednesday, December 10, 2025 7:14 PM
**To:** Jaffre, Remi J.D. <RJaffre@jenner.com>
**Cc:** Kimball Jones, Esq. <kimball@bighornlaw.com>; Spelman, Kate T. <KSpelman@jenner.com>
**Subject:** Babystacks, et al. v. Uber, et al. - 2:24-cv-01098-JCM-MDC

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Hi Remi,


Attached please find the Stipulation and Order for Dismissal.  Please confirm we may affix your e-signature.  Thanks!







**Amy Cvetovich**

Lead Litigation Manager


Tel:    702-333-1111 Ext. 161

Email: amy@bighornlaw.com


Web:   bighornlaw.com


